1    **MICHAEL COSENTINO, SBN 83253**
     **Attorney at Law**
2    **P.O. Box 129**
     **Alameda, CA 94501**
3    **Fax (510) 747-1640**
     **Telephone: (510) 523-4702**

4

5    Attorney for the Plaintiff,
     United States of America

6

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. CV 08-2506 SLM |
| 12            Plaintiff, | ) | |
| 13 | ) | **NOTICE OF ENTRY OF JUDGMENT** |
| 14     v. | ) | |
| 15 KATHY RAMOS AKA KATHY J. RAMOS | ) | |
| 16         Defendant. | ) | |

17

18      TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

19      NOTICE IS HEREBY GIVEN that judgment in the above-entitled matter has been

20 entered; a copy of the judgment is attached hereto and made a part hereof.

21

22

23 Dated: August 4, 2008                  _____

24                         Michael Cosentino
                           Attorney for Plaintiff,
                           United States of America

25

26

27

28

1  MICHAEL COSENTINO, SBN 83253
   ATTORNEY AT LAW
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff,
   United States of America
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          )    NO. CV 08-2506 SLM
                                      )
12              Plaintiff,            )
                                      )    CONSENT JUDGMENT
13      v.                            )
                                      )
14  KATHY RAMOS aka KATHY J. RAMOS,   )
                                      )
15              Defendant.            )
                                      )
16  ────────────────────────────────

17      The above entitled Plaintiff having filed its complaint herein, and the above entitled

18  defendant having consented to the making and entry of this final judgment without trial,

19  hereby agree as follows:

20      1. This Court has jurisdiction over the subject matter of this litigation and over the

21  parties to the Consent Judgment. The Complaint herein states a claim upon which relief

22  can be granted.   The defendant hereby acknowledges and accepts service of the

23  complaint filed herein.

24      2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

25  hereby voluntarily waive their rights to proceed before a judge of the United States District

26  Court and consent to have a United States magistrate judge conduct any and all further

27  proceedings in the case, including trial, and order the entry of a final judgment.  It is

28  understood that any appeal from a judgment entered by a magistrate judge will be taken

    Consent Judgment; USDC Case Number _CV 08-2506 SLM___; U.S. v. RAMOS  Page 1

1 │ directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
2 │ an appeal from any other judgment of a District Court.

3 │      3. Judgment shall be in favor of Plaintiff, United States of America and against
4 │ defendant, Kathy Ramos aka Kathy J. Ramos, in the sum of $2,664.61 consisting of
5 │ $1,198.62 in principal, $1,410.99 interest to July 21, 2008, CIF costs of $0.00, court costs
6 │ of $55.00 and attorney's fees of $0.00, plus interest at the rate of 8.000% per annum
7 │ ($0.26per day) on principal in the amount of $1,198.62 from July 21, 2008, up to the date
8 │ of entry of the within Consent Judgment, less any sums tendered toward satisfaction of
9 │ the obligation during said time period.

10 │      4. This consent judgment shall bear interest pursuant to the provisions of 28
11 │ U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
12 │ interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
13 │ until paid in full.

14 │      5. On or before August 20, 2008, the judgment debtor will tender to the United
15 │ States of America, a check payable to the U.S. Department of Justice mailed to,

16 │
17 │ U. S. Department of Justice
   │ Nationwide Central Intake Facility
   │ P. O. Box 70932
18 │ Charlotte, NC 28272-0932

19 │ in the amount of $65.00; thereafter judgment debtor will tender $65.00 on or before the
20 │ 20th of each succeeding month until the account is paid in full.

21 │      (a) Each said payment shall be applied first to the payment of interest accrued to
22 │ the date of receipt of said payment, and the balance, if any, to the principal;

23 │      (b) The judgment debtor shall submit financial data to the plaintiff as specified by
24 │ plaintiff on the anniversary date of this judgment for each year this judgment remains
25 │ unpaid; and

26 │      (c) Plaintiff reserves the right to evaluate the updated financial data and adjust the
27 │ periodic payment rate accordingly, or to demand a lump sum payment if warranted by the
28 │ judgment debtor's financial circumstances, subject to Court approval.

Consent Judgment; USDC Case Number _CV 08-2506 SLM___; U.S. v. RAMOS  Page 2

Case 3:08-cv-02506-SLM    Document 3    Filed 07/29/2008    Page 3 of 3

1    6.  An Abstract of Judgment shall be recorded with the Recorder's Office of the

2  County of residence of the judgment debtor; plaintiff may also record or file similar

3  documents elsewhere.

4    7.  Default under the terms of this consent judgment will entitle the United States

5  of America to execute on this judgment without notice to the judgment debtor.

6    8.  The judgment debtor has the right of prepayment of this debt without penalty,

7  and the interest charged will only be calculated to the date of final payment.

8    9.  In case of default, all costs incurred in recording, filing, executing, or levying

9  on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

10

11

12  Dated: July 22, 2008

By: MICHAEL COSENTINO

13  Attorney for Plaintiff,
United States of America

14

15    I have read the foregoing, I understand and agree to the terms, and I

16  sign this agreement as a free and voluntary act.

17

18  Dated: 7/23/08

Kathy Ramos aka Kathy J. Ramos

19  Defendant and Judgment Debtor

20

21

22  APPROVED AND SO ORDERED THIS 29th DAY OF July , 2008,

23  The Clerk of the Court is DIRECTED to close the file in the action.

24

25

UNITED STATES MAGISTRATE JUDGE

26

27

28

Consent Judgment; USDC Case Number _CV 08-2506 SLM___; U.S. v. RAMOS  Page 3

1
2
3

### PROOF OF SERVICE BY MAIL

4    I am a citizen of the United States and a resident of the County of Alameda, I am
5    over the age of eighteen and not a party to the within above-entitled action; my business
     address is P.O. Box 129, Alameda, California, 94501.  On August 4, 2008, I served the
6    **NOTICE OF ENTRY OF JUDGMENT** on the parties in said action, by placing a true copy
7    thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United
8    States Post Office Box in Alameda, California, addressed as follows:

9    KATHY RAMOS AKA KATHY J. RAMOS
     4572 Bianca Drive
10   Fremont, CA 94536

11   I certify under penalty of perjury that the foregoing is true and correct.

12   Executed on August 4, 2008,  in Alameda, California.
13
                                        _____
                                        MICHAEL COSENTINO, COUNSEL FOR
14                                       THE UNITED STATES
15
16
17
18
19
20
21
22
23
24
25
26
27
28